PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

| | | |
|---|---|---|
| 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10019-6064<br>TELEPHONE (212) 373-3000<br><br>LLOYD K. GARRISON (1946-1991)<br>RANDOLPH E. PAUL (1946-1956)<br>SIMON H. RIFKIND (1950-1995)<br>LOUIS S. WEISS (1927-1950)<br>JOHN F. WHARTON (1927-1977)<br><br>WRITER'S DIRECT DIAL NUMBER<br>(212) 373-3202<br><br>WRITER'S DIRECT FACSIMILE<br>(212) 492-0202<br><br>WRITER'S DIRECT E-MAIL ADDRESS<br>mkeane@paulweiss.com | UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA<br>NO. 7 DONGSANHUAN ZHONGLU<br>CHAOYANG DISTRICT<br>BEIJING 100020<br>PEOPLE'S REPUBLIC OF CHINA<br>TELEPHONE (86-10) 5828-6300<br><br>12TH FLOOR, HONG KONG CLUB BUILDING<br>3A CHATER ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2846-0300<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU, U.K.<br>TELEPHONE (44 20) 7367 1600<br><br>FUKOKU SEIMEI BUILDING<br>2-2 UCHISAIWAICHO 2-CHOME<br>CHIYODA-KU, TOKYO 100-0011, JAPAN<br>TELEPHONE (81-3) 3597-8101<br><br>TORONTO-DOMINION CENTRE<br>77 KING STREET WEST, SUITE 3100<br>P.O. BOX 226<br>TORONTO, ONTARIO M5K 1J3<br>TELEPHONE (416) 504-0520<br><br>2001 K STREET, NW<br>WASHINGTON, DC 20006-1047<br>TELEPHONE (202) 223-7300<br><br>500 DELAWARE AVENUE, SUITE 200<br>POST OFFICE BOX 32<br>WILMINGTON, DE 19899-0032<br>TELEPHONE (302) 655-4410 | MATTHEW W. ABBOTT<br>ALLAN J. ARFFA<br>ROBERT A. ATKINS<br>DAVID J. BALL<br>JOHN F. BAUGHMAN<br>LYNN B. BAYARD<br>DANIEL J. BELLER<br>CRAIG A. BENSON<br>MITCHELL L. BERG<br>MARK S. BERGMAN<br>BRUCE BIRENBOIM<br>H. CHRISTOPHER BOEHNING<br>ANGELO BONVINO<br>JAMES L. BROCHIN<br>RICHARD J. BRONSTEIN<br>DAVID W. BROWN<br>SUSANNA M. BUERGEL<br>PATRICK S. CAMPBELL*<br>JESSICA S. CAREY<br>JEANETTE K. CHAN<br>YVONNE Y. F. CHAN<br>LEWIS R. CLAYTON<br>JAY COHEN<br>KELLEY A. CORNISH<br>CHRISTOPHER J. CUMMINGS<br>CHARLES E. DAVIDOW<br>DOUGLAS R. DAVIS<br>THOMAS V. DE LA BASTIDE III<br>ARIEL J. DECKELBAUM<br>ALICE BELISLE EATON<br>ANDREW J. EHRLICH<br>GREGORY A. EZRING<br>LESLIE GORDON FAGEN<br>MARC FALCONE<br>ROSS A. FIELDSTON<br>ANDREW C. FINCH<br>BRAD J. FINKELSTEIN<br>BRIAN P. FINNEGAN<br>ROBERTO FINZI<br>PETER E. FISCH<br>ROBERT C. FLEDER<br>MARTIN FLUMENBAUM<br>ANDREW J. FOLEY<br>HARRIS B. FREIDUS<br>MANUEL S. FREY<br>ANDREW L. GAINES<br>KENNETH A. GALLO<br>MICHAEL E. GERTZMAN<br>ADAM M. GIVERTZ<br>SALVATORE GOGLIORMELLA<br>ROBERT D. GOLDBAUM<br>NEIL GOLDMAN<br>ERIC GOODISON<br>CHARLES H. GOOGE, JR.<br>ANDREW G. GORDON<br>UDI GROFMAN<br>NICHOLAS GROOMBRIDGE<br>BRUCE A. GUTENPLAN<br>GAINES GWATHMEY, III<br>ALAN S. HALPERIN<br>JUSTIN G. HAMILL<br>CLAUDIA HAMMERMAN<br>GERARD E. HARPER<br>BRIAN S. HERMANN<br>ROBERT M. HIRSH<br>MICHELE HIRSHMAN<br>MICHAEL S. HONG<br>DAVID S. HUNTINGTON<br>LORETTA A. IPPOLITO<br>JAREN JANGHORBANI<br>MEREDITH J. KANE<br>ROBERTA A. KAPLAN | BRAD S. KARP<br>PATRICK N. KARSNITZ<br>JOHN C. KENNEDY<br>BRIAN KIM<br>ALAN W. KORNBERG<br>DANIEL J. KRAMER<br>DAVID K. LAKHDHIR<br>STEPHEN P. LAMB*<br>JOHN E. LANGE<br>DANIEL J. LEFFELL<br>XIAOYU GREG LIU<br>JEFFREY D. MARELL<br>MARCO V. MASOTTI<br>EDWIN S. MAYNARD<br>DAVID W. MAYO<br>ELIZABETH R. McCOLM<br>MARK F. MENDELSOHN<br>WILLIAM B. MICHAEL<br>TOBY S. MYERSON<br>CATHERINE NYARADY<br>JANE B. O'BRIEN<br>ALEX YOUNG K. OH<br>BRAD R. OKUN<br>KELLEY D. PARKER<br>MARC E. PERLMUTTER<br>VALERIE E. RADWANER<br>CARL L. REISNER<br>LORIN L. REISNER<br>WALTER G. RICCIARDI<br>WALTER RIEMAN<br>RICHARD A. ROSEN<br>ANDREW N. ROSENBERG<br>JACQUELINE P. RUBIN<br>RAPHAEL M. RUSSO<br>ELIZABETH M. SACKSTEDER<br>JEFFREY D. SAFERSTEIN<br>JEFFREY B. SAMUELS<br>DALE M. SARRO<br>TERRY E. SCHIMEK<br>KENNETH M. SCHNEIDER<br>ROBERT B. SCHUMER<br>JAMES H. SCHWAB<br>JOHN M. SCOTT<br>STEPHEN J. SHIMSHAK<br>DAVID R. SICULAR<br>MOSES SILVERMAN<br>STEVEN SIMKIN<br>JOSEPH J. SIMONS<br>MARILYN SOBEL<br>AUDRA J. SOLOWAY<br>SCOTT M. SONTAG<br>TARUN M. STEWART<br>ERIC ALAN STONE<br>AIDAN SYNNOTT<br>ROBYN F. TARNOFSKY<br>MONICA K. THURMOND<br>DANIEL J. TOAL<br>LIZA M. VELAZQUEZ<br>MARIA T. VULLO<br>ALEXANDRA M. WALSH*<br>LAWRENCE G. WEE<br>THEODORE V. WELLS, JR.<br>BETH A. WILKINSON<br>STEVEN J. WILLIAMS<br>LAWRENCE I. WITDORCHIC<br>MARK B. WLAZLO<br>JULIA MASON WOOD<br>JORDAN E. YARETT<br>KAYE N. YOSHINO<br>TONG YU<br>TRACEY A. ZACCONE<br>T. ROBERT ZOCHOWSKI, JR. |

*NOT ADMITTED TO THE NEW YORK BAR

August 29, 2014

By ECF

Honorable Vincent L. Briccetti
United States District Court for the Southern District of New York
United States Courthouse
300 Quarropas Street, Room 360
White Plains, NY 10601

      Re:    *International Business Machines Corporation v. Jeffrey Doyle*,
                Case No. 14-CV-5072 (VLB) (S.D.N.Y.)

Dear Judge Briccetti:

        We write on behalf of both parties in this matter to inform the Court that the parties have signed a settlement agreement and executed a stipulation for dismissal of this action with prejudice (the "Stipulation"). IBM will file the Stipulation with the Court on Thursday, September 4, immediately following the expiration of a necessary seven-day revocation period contained within the settlement agreement.

        Respectfully submitted,

        */s/ Maria H. Keane*

        Maria H. Keane

cc:  Counsel of Record